**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-6940**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

KENNETH RICHARD SANTIAGO, a/k/a Kenneth
Santiago-Gonzalez, a/k/a David, a/k/a Coca,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T.S. Ellis, III, District Judge.
(CR-95-318, CA-96-364-AM)

———————————

Submitted: February 12, 1998      Decided: February 26, 1998

———————————

Before MURNAGHAN and WILLIAMS, Circuit Judges, PHILLIPS, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Kenneth Richard Santiago, Appellant Pro Se. James L. Trump, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Santiago, Nos. CR-95-318, CA-96-364-AM (E.D. Va. May 20, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2